FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ AUG 7 - 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
JOSEPH KALMENSON, on behalf of
Himself and all other similarly
situated consumers,

                Plaintiff,        STIPULATION OF DISMISSAL

    -against-                     17 CV 2647

RESURGENT CAPITAL SERVICES, L.P.
& CACH, LLC,

                Defendants.
-----------------------------------x

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against RESURGENT CAPITAL SERVICES, L.P. and CACH, LLC, with prejudice and without costs to any party.

    The parties shall have sixty (60) days to reopen the matter if the settlement is not consummated.

JOSEPH KALMENSON                      RESURGENT CAPITAL SERVICES, L.P.
                                                           CACH, LLC

s/ Maxim Maximov

MAXIM MAXIMOV, ESQ.                   ARTHUR SANDERS. ESQ.
MAXIM MAXIMOV, LLP                      BARRON & NEWBURGER, P.C.
1701 Avenue P                                 30 South Main Street
Brooklyn, NY 11229                      New City, NY 10956
Attorney for plaintiff                 Attorney for defendants

So ordered.       /s/(ARR)       USDJ